UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ERIC ROGERS,

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

                                                    Plaintiff,

                    -against-

*Civil Action No.:*
1:19-cv-10333-MKV

BURRITOS Y MAS, CORP AND
1571 LEXINGTON LLC,

                                        Defendants.
-----------------------------------------------------X


I, Bradly G. Marks, an attorney duly admitted to practice law in the State of New York and

Southern District of New York, hereby affirms the truth of the following under penalty of perjury:

1. I am associated with The Marks Law Firm, PC, attorneys for Plaintiff in the above-

   captioned action and I am familiar with all the facts and circumstances in this action.

2. This action was commenced on November 6, 2019 by filing a Summons and Complaint

   (Exhibit A).

3. On November 20, 2019 service was effectuated on Defendants Burritos Y Mas, Corp and

   1571 Lexington LLC through the secretary of state (Exhibit B).

4. The time for Defendants Burritos Y Mas, Corp and 1571 Lexington LLC to answer or

   otherwise move with respect to the complaint herein has expired on December 11, 2019.

5. Defendants Burritos Y Mas, Corp and 1571 Lexington LLC have not answered or

   otherwise moved with respect to the complaint, and the time for Defendants Burritos Y

   Mas, Corp and 1571 Lexington LLC to answer or otherwise move has not been extended.

6.  Defendants Burritos Y Mas, Corp and 1571 Lexington LLC are a corporation and not an infant or incompetent.

7.  Defendants Burritos Y Mas, Corp and 1571 Lexington LLC are not presently in the military service of the United States as appears from facts in this litigation.

8.  Defendants Burritos Y Mas, Corp and 1571 Lexington LLC are jointly and severally indebted to Plaintiff, Eric Rogers.

Dated: New York, New York
         June 29, 2019

THE MARKS LAW FIRM

By:_____
 Bradly G. Marks
 175 Varick Street, 3rd Fl
 New York, NY 10014
 T:(646) 770-3775
 F: (646) 770- 2639
 brad@markslawpc.com

# Exhibit A

# Exhibit B